UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2023
```

------------------------------------------------------------X

KIRIN VUPPALA,

                                                 Plaintiff,

                  -against-

MP TIMES SQUARE GARAGE LLC, et al.,

                                                Defendants.

22-CV-09972 (PGG)(SN)

**ORDER**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the parties' letter at ECF No. 25, they are reminded that, per ECF No. 24, the stay of discovery automatically lifted on May 17, 2023. The parties should thus continue to comply with the deadlines in the Civil Case Management Plan & Scheduling Order, including filing a subsequent status letter on July 17, 2023.

      In addition, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      May 22, 2023
                 New York, New York